

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

_____

*Clarkson S. Fisher Building*   *609-989-2190*
*U.S. Courthouse*   *Direct: 609-989-0566*
*402 East State Street, Room 430*
*Trenton, New Jersey 08608*

December 5, 2017

The Honorable Leonard P. Stark
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, Delaware 19801

    Re:   United States v. Domenico Procope
            Criminal No. 16-51 (LPS)

Dear Judge Stark:

    The parties in the above-referenced matter are currently in the process of negotiating a resolution in this matter. In order to allow the parties sufficient time to negotiate a resolution, the United States respectfully requests a short adjournment of the December 18, 2017 trial date to January 8, 2018. Defendant has no objection to this request.

    Thank you for your attention to this matter.

                      Respectfully submitted,

                      JEFFERSON B. SESSIONS III
                      ATTORNEY GENERAL

                      WILLIAM E. FITZPATRICK
                      ACTING UNITED STATES ATTORNEY
                      FOR THE DISTRICT OF NEW JERSEY

                      */s/ Fabiana Pierre-Louis*
                      _____
                      FABIANA PIERRE-LOUIS
                      KAREN D. STRINGER

                                              Assistant United States Attorneys
                                              for the District of New Jersey
                                              Appointed as Special Attorney
                                              Under 28 U.S.C. § 515

cc: Edmund D. Lyons, Esq., counsel for the defendant (*via ECF*)