

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

_____

*Clarkson S. Fisher Building*     *609-989-2190*
*U.S. Courthouse*     *Direct: 609-989-0566*
*402 East State Street, Room 430*
*Trenton, New Jersey 08608*

December 18, 2017

The Honorable Leonard P. Stark
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, Delaware 19801

    Re:   United States v. Domenico Procope
               Criminal No. 16-51 (LPS)

Dear Judge Stark:

    The parties in the above-referenced matter submit the following joint status report. The parties are still in the process of negotiating a resolution in this matter. The parties should be able to provide a further status report regarding the progress of negotiations on or before December 29, 2017.

    Thank you for your attention to this matter.

                                  Respectfully submitted,

                                  JEFFERSON B. SESSIONS III
                                  ATTORNEY GENERAL

                                  WILLIAM E. FITZPATRICK
                                  ACTING UNITED STATES ATTORNEY
                                  FOR THE DISTRICT OF NEW JERSEY

                                  */s/ Fabiana Pierre-Louis*
                                  _____
                                  FABIANA PIERRE-LOUIS
                                  KAREN D. STRINGER
                                  Assistant United States Attorneys

        for the District of New Jersey
        Appointed as Special Attorney
        Under 28 U.S.C. § 515

cc: Edmund D. Lyons, Esq., counsel for the defendant (*via ECF*)