IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cr. A. No.: 16-51-LPS ) |
| DOMENICO PROCOPE, | ) ) |
| Defendant. | ) |

## PROPOSED ORDER

GOOD CAUSE appearing therefore it is hereby Ordered that the Clerk of the Court is to release Defendant's passport to him forthwith.

_____
Leonard P. Stark

Dated: June 4, 2018